**Motion Granted in Part and Order filed December 10, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00117-CV
_____

**MEMC PASADENA, INC., Appellant**

**V.**

**RIDDLE POWER, LLC AND TRIAD ELECTRIC AND CONTROLS, INC.,**
**Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-11010**

---

## ORDER

The reporter's record was filed on October 22, 2013. Appellant has filed a motion to correct inaccuracies in the reporter's record and to supplement the record. The motion is granted in part.

Rule 34.6 allows correction of inaccuracies in the reporter's record. Tex. R. App. P. 34.6. The parties may agree to correct an inaccuracy or, if the parties cannot agree, the trial court can hold a hearing and make a determination regarding

the alleged inaccuracy and order the court reporter to correct the record.  Tex. R. App. P. 34.6(e)(1)–(2).  If a dispute arises regarding the accuracy of the reporter's record after the record has been filed in the appellate court, the appellate court may submit the dispute to the trial court for resolution.  Tex. R. App. P. 34.6(e)(3).  Accordingly, we make the following order.

Pursuant to Texas Rule of Appellate Procedure 34.6, the judge of the 151st District Court shall immediately conduct a hearing at which the court reporter, appellant's counsel, and appellees' counsel shall participate, to determine (a) whether the reporter's record contains an inaccuracy; and (b) if so, what correction needs to be made to conform the record (including text and exhibits) to what occurred in the trial court.

If the trial judge finds that the reporter's record is accurate, the judge shall see that a record of the hearing is made, shall make findings of fact, and shall order the trial court clerk to forward a transcribed record of the hearing and a supplemental clerk's record containing the findings.  Those records shall be filed with the clerk of this Court within 30 days of the date of this order.

If, however, the trial court finds an inaccuracy in the reporter's record, the judge shall order the court reporter to conform the reporter's record to what occurred in the trial court and to certify and file a corrected reporter's record with the clerk of this court within 60 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.  The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court.  The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.  It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to

schedule a hearing in compliance with this Court's order.  If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.


PER CURIAM